| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>RADER, Randall R. | 2. Court or Organization<br><br>Ct. of Appeals Fed. Circuit | 3. Date of Report<br><br>05/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Active Cir. Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Suite 901<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Bd. Of Advisors, George Washington University |
| 2. Adjunct Professor | The George Washington University Law School |
| 3. Board Member | Intellectual Prop. Advisory Bd. DePaul University College of Law |
| 4. Board Member | Tonji Intellectual Property Law Institute |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Rader, Randall R.

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring S | Lecturer, The George Washington University Law School | $12,157 |
| 2. Fall S | Lecturer, The George Washington University Law School | $12,157 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Fairfax County Adult Education |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association | January 8-11, 2010 | Denver, CO | Edcucation seminar | travel and lodging |
| 2. | University of California, Irvine, School of Law | January 21-22, 2010 | Irvine, CA | Education seminar | travel and lodging |
| 3. | Licensing Executive Society of Benelux Chapter, The Hague | January 26-27, 2010 | The Hague, Neitherlands | Education seminar | travel and lodging |
| 4. | C5 Global Conferences (Phama Bio Patent Ligitation) | January 28-29, 2010 | Amsterdam, Netherlands | Education seminar | travel and lodging |
| 5. | GW Indian Project | February 12-19, 2010 | Delhi, India | Educational seminar | travel and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RADER, Randall R. | 05/02/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | World Intellectual Property Organization (WIPO) | February 20-22, 2010 | Jerusalem, Israel | Educational seminar | travel and lodging |
| 7. | American Conference Institute (ITC Litigation/ Enforcement) | February 23-27, 2010 | New York City, NY | Educational seminar | travel and lodging |
| 8. | University of Washington Law School | March 24-28, 2010 | Dresden, Germany | Educational seminar | travel and lodging |
| 9. | Fordham IP Conference | April 8-10, 2010 | Fordham, New York City | Educational seminar | travel and lodging |
| 10. | 2010 Bio International Conference | May 3-4, 2010 | Chicago, Illinois | Educational seminar | travel and lodging |
| 11. | Munich Intellectual Property Law Center (MIPLC) | May 5-15, 2010 | Munich, Germany | Educational seminar | travel and lodging |
| 12. | CAFC Judicial Conference | May 20, 2010 | Washington, DC | Attending Judicial conference | meals |
| 13. | Institute of Intellectual Property, National Chengchi University, Taiwan | June 12-18, 2009 | Taipei, Taiwan | Education seminar | travel and lodging |
| 14. | Intelix International Intellectual Property Attorneys | June 18 -21, 2010 | Osaka, Japan | Educational seminar | travel and lodging |
| 15. | Bench and Bar Conference | June 23-27, 2010 | Colorado Spring, Colorado | Educational seminar | travel and lodging |
| 16. | U.S. Patent & Trademark Office | July 10-16, 2010 | Moscow, Russia | Educational seminar | travel and lodging |
| 17. | University of Washington | July 23-24, 2010 | Seattle, Washington | Educational seminar | travel and lodging |
| 18. | American Bar Association | August 6-8, 2010 | San Francisco, CA | Educational seminar | travel and lodging |
| 19. | Intellectual Property Organization (IPO) | September 12-13, 2010 | Atlanta, Georgia | Educational seminar | travel and lodging |
| 20. | European Judges Symposium | September 15-19, 2010 | Lisdoa, Portugal | Educational seminar | travel and lodging |
| 21. | Ohio Annual Institute on Intellectual Property Law | September 21-22, 2010 | Cleveland, Ohio | Educational seminar | travel and lodging |
| 22. | American Inn of Court | September 27-30, 2010 | Los Angeles, CA | Educational seminar | travel and loding |
| 23. | Chicago IPLAC Patent Symposium | October 1-2, 2010 | Chicago, Illinois | Educational seminar | travel and lodging |
| 24. | AIPPI Congress Paris | October 3-5, 2010 | Paris, France | Educational seminar | travel and lodging |
| 25. | Bench and Bar | October 17-18, 2010 | Berkeley, CA | Educational seminar | travel and lodging |
| 26. | Bench and Bar | October 19-20, 2010 | Stanford, CA | Educational seminar | travel and lodging |
| 27. | Venice Judges Forum | October 28-30, 2010 | Venice, Italy | Educational seminar | travel and lodging |
| 28. | Dallas Patent Law Seminar | November 9-11, 2010 | Dallas, Texas | Educational seminar | travel and lodging |

| | | | | |
|---|---|---|---|---|
| 29. Tokyo University | November 20-30, 2010 | Tokyo, Japan | Educational seminar | travel and lodging |
| 30. Tongji University | Decembr 1-4, 2010 | Shanghai, China | Educational seminar | travel and lodging |
| 31. Brazilian PTO and George Washington Law School | December 8-12, 2010 | Rio de Janeiro | Educational seminar | travel and lodging |
| 32. FTI Intellectual Property Practice Patent Damages conference | December 13-15, 2010 | New York City | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/02/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Treasury Department Federal Credit Union | D | Int./Div. | J | T | | | | | |
| 2. Rental Property, Portland, Oregon (2006- $170,000) | D | Rent | M | R | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/02/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Randall R. RADER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544